# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>　　　Plaintiff<br><br>　　v.<br><br>VIZIO, INC.,<br><br>　　　Defendant. | Case No. 8:18-cv-362-AG-KES<br><br>**Order of Dismissal with Prejudice** |

The parties' Joint Stipulation for Dismissal with Prejudice is granted. This action, including all claims and counterclaims asserted by the parties herein, is dismissed with prejudice. Each party shall bear its own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

Date: April 26, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Andrew J. Guilford
　　　　　　　　　　　　　　　　　United States District Judge